**No. 11-388. Pedro Galindo-Romero, Petitioner v. Eric H. Holder, Jr., Attorney General.**

565 U.S. 1061, 132 S. Ct. 774, 181 L. Ed. 2d 486, 2011 U.S. LEXIS 8619.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 640 F.3d 873.